# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**V.**                                                     **NO: 3:22CV109-GHD-RP**

**BAILEY'S TRUCKING LLC AND**
**XAVIER BAILEY, INDIVIDUALLY**                            **DEFENDANTS**

## ORDER AND JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that the Plaintiff's Motion for Summary Judgment [32] is GRANTED. It is further ORDERED that Defendants Bailey's Trucking LLC and Xavier Bailey are jointly and severally liable to the Plaintiff for:

(1) $455,313 in damages as to the loan, processing/origination fee, interest, and trebling of the total, and

(2) $27,016 as a civil penalty for two violations of the False Claims Act.

Accordingly, the Plaintiff is awarded a judgment in the amount of $482,329, plus post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961, along with costs, for all of which execution may issue as provided by law.

This case is now CLOSED.

SO ORDERED, this the 15th day of September, 2023.

_____
SENIOR U.S. DISTRICT JUDGE